MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL RENE ROMERO,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | CIVIL NO. 1:24-cv-01071-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 13)** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 3, 2025         */s/ Francesco Paulo Benavides*\*
                                FRANCESCO PAULO BENAVIDES
                                Attorney for Plaintiff
                                *Authorized via e-mail on January 30, 2025*

                                MICHELE BECKWITH
                                Acting United States Attorney

                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation, Office 7

                        By:     */s/ Mary Tsai*
                                MARY TSAI
                                Special Assistant U.S. Attorney
                                Office of Program Litigation, Office 7

                                Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 13), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Acting Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **February 3, 2025**                        */s/ Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE